JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN MANUEL PIMENTEL,

Plaintiff,

v.

BMW OF NORTH AMERICA LLC,

Defendant.

Case No. CV 25-7453 PVC

**JUDGMENT**

This matter came for hearing before this Court on October 29, 2026, the Honorable Pedro Castillo, on a Motion for Summary Judgment by defendant BMW of North America LLC. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff Juan Manuel Pimentel take nothing, that this action be dismissed on the merits with prejudice, and that judgment be

//

//

entered in favor of Defendant. Defendant may seek recovery of costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-2.

DATED: November 24, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE